UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FILED
JUL 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

———————————————————x

BRIAN HUNTER,

    Plaintiff,

    v.

FEDERAL ENERGY REGULATORY
COMMISSION,

    Defendant.

———————————————————x

Case: 1:07-cv-01307
Assigned To : Leon, Richard J.
Assign. Date : 7/23/2007
Description: TRO/PI

**MOTION TO ADMIT
<u>COUNSEL PRO HAC VICE</u>**

PURSUANT TO RULE 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, I, Justin V. Shur, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

    Michael S. Kim
    Kobre & Kim LLP
    800 Third Avenue
    New York, New York 10022
    Tel.: 212.488.1200
    Fax: 212.488.1220

3

Michael S. Kim is a member in good standing of the Bar of the States of New York and Connecticut. There are no pending disciplinary proceedings against Michael S. Kim in any State or Federal court.

Dated: July 23, 2007
      Washington, D.C.

Respectfully submitted,

Justin V. Shur (973855)
Kobre & Kim LLP
1050 Connecticut Avenue NW
Washington, DC 20036
Tel 202.664.1935
Fax 202.664.1920

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---------------------------------------------------------x

BRIAN HUNTER,

    Plaintiff,

        v.

07 Civ. —07 1307

FEDERAL ENERGY REGULATORY
COMMISSION,

DECLARATION OF
MICHAEL S. KIM IN
SUPPORT OF MOTION TO
ADMIT PRO HAC VICE

    Defendant.

---------------------------------------------------------x

I, Michael S. Kim, declare as follows:

1. I am a member of Kobre & Kim LLP, 800 Third Avenue, New York, New York, 212.488.1220, and represent Brian Hunter in this action.

2. I am a member in good standing of the bars of the States of Connecticut and New York, and was admitted to practice law in 1995. I am also admitted to the bars of the United District Courts for the Southern and Eastern Districts of New York, the U.S. Court of Federal Claims, and the U.S. Court of Appeals for the Second Circuit. I am in good standing with all of these Courts.

3. I have not been disciplined by any bar.

4. I have not been admitted *pro hac vice* in this Court at any time during the last two years.

5. I am not a member of the bar of the District of Columbia, nor do I have an application for membership pending.

6. I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

                                                    Michael S. Kim

Dated: July 23, 2007
       New York, New York