**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| BRIAN HUNTER, | : | |
| Plaintiff, | : | 07 Civ. 1307 (RJL) |
| v. | : | |
| FEDERAL ENERGY REGULATORY COMMISSION, | : | |
| Defendant. | : | |

**AMENDED MOTION FOR A TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND DECLARATORY RELIEF**

Plaintiff Brian Hunter, by and through his attorneys, Kobre & Kim LLP, hereby moves the Court to issue a temporary restraining order and preliminary injunction to prevent the Federal Energy Regulatory Commission from improperly bringing an enforcement action against Plaintiff in excess of its statutory authority; a declaratory order clarifying the relationship between the Natural Gas Act and the Commodity Exchange Act; and such further relief as the Court deems just and proper, as more fully discussed in the accompanying memorandum of law.

Dated: July 23, 2007
      Washington, D.C.

      Respectfully submitted,

      KOBRE & KIM LLP

By: _____/s/_____
Michael S. Kim
Natalie Holme Elsberg
Zaharah R. Markoe
Kobre & Kim LLP
800 Third Avenue
New York, New York 10022
Telephone:    212.488.1200
Facsimile:    212.488.1220

Justin V. Shur (973855)
Kobre & Kim LLP
1050 Connecticut Avenue N.W.
Washington, D.C. 20036
Telephone:    202.664.1900
Facsimile:    202.664.1920

*Attorneys for Plaintiff Brian Hunter*