UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---------------------------------------- x
:
BRIAN HUNTER,                            :
                                         :
         Plaintiff,                      :   07 Civ. 1307 (RJL)
                                         :
              v.                         :
                                         :
                                         :
                                         :
                                         :
FEDERAL ENERGY REGULATORY                :   **NOTICE OF FILING**
COMMISSION,                              :
                                         :
                                         :
                                         :
         Defendant.                      :
---------------------------------------- x

**NOTICE OF FILING**

1

Plaintiff Brian Hunter, by and through his attorneys, Kobre & Kim LLP, hereby provides notice of a Rule 65.1 submission, notifying the Court of the manner in which the Defendant in the above-captioned action was informed of Plaintiff's application for a temporary restraining order and provided with the supporting documentation.

Dated: July 24, 2007
       Washington, D.C.

                Respectfully submitted,

                KOBRE & KIM LLP

                By:    /s/
                    Michael S. Kim
                    Natalie Holme Elsberg
                    Zaharah R. Markoe
                    Kobre & Kim LLP
                    800 Third Avenue
                    New York, New York 10022
                    Telephone:   212.488.1200
                    Facsimile:    212.488.1220

                    Justin V. Shur (973855)
                    Kobre & Kim LLP
                    1050 Connecticut Avenue N.W.
                    Washington, D.C. 20036
                    Telephone:   202.664.1900
                    Facsimile:    202.664.1920

                *Attorneys for Plaintiff Brian Hunter*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------x
:
BRIAN HUNTER,                       :
:
    Plaintiff,                  : 07 Civ. 1307 (RJL)
:
       v.                       :
:
:
:
:
FEDERAL ENERGY REGULATORY           : **RULE 65.1**
COMMISSION,                         : **CERTIFICATION**
:
:
:
:
    Defendant.                  :
------------------------------------x

**RULE 65.1 CERTIFICATION**

I, Justin V. Shur, certify that:

1. I am an attorney admitted to practice law in the District of Columbia and before the United States District Court for the District of Columbia. I am a member of Kobre & Kim LLP and represent the Plaintiff Brian Hunter in this action.

2. On July 23, 2007, I made an application on behalf of the Plaintiff before the United States District Court for the District of Columbia, pursuant to Federal Rule 65.1, for a temporary restraining order against the Federal Energy Regulatory Commission ("FERC"), seeking to enjoin FERC from issuing an Order to Show Cause and Notice of Proposed Penalties.

3. Copies of the relevant pleadings were furnished to FERC by electronic mail on July 23, 2007 at approximately 5:52 p.m. EST.

4. Notice to the FERC of the time and date of Plaintiff's motion for a temporary restraining order was provided to FERC by electronic mail on July 24, 2007 at approximately 11:03 a.m. EST.

5. I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

                                                           /s/
                                           Justin V. Shur

Dated: Washington, D.C.
       July 24, 2007