## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BRIAN HUNTER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL ENERGY REGULATORY )<br>COMMISSION, )<br>)<br>Defendant. )<br>) | Docket No. CV07-1307 (RJL). |

### NOTICE OF FILING OF EXHIBITS

Defendant, Federal Energy Regulatory Commission ("FERC"), hereby files the attached exhibits in the above-captioned action. Because the exhibits exceed 500 pages, in accordance with the Court's ECF rules, the documents have been filed and served in hard copy only.

DATED: July 30, 2007

Respectfully submitted,

OF COUNSEL

SUSAN J. COURT
ROBERT E. PEASE
LEE ANN WATSON

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
UNITED STATES ATTORNEY

_____/s/_____
RUDOLPH CONTRERAS,
DC Bar # 434122
Assistant United States Attorney

|  | /s/ |
|---|---|
| Todd Mullins (D.C. Bar # 429539) | Megan L. Rose, NC Bar No. 28639 |
| Leslie B. Bellas (D.C. Bar # 429707) | Assistant United States Attorney |
| Justin Shellaway (D.C. Bar # 476170) | Civil Division |
| Nicole Brisker (D.C. Bar # 480252) | 555 Fourth Street, N.W., E-4220 |
| Federal Energy Regulatory Commission | Washington, D.C. 20008 |
| Office of Enforcement | (202) 514-7220 |
| Division of Investigations | Megan.Rose@usdoj.gov |
| 888 First Street, NE | |
| Washington, DC  20426 | |
| (202) 502-8594 | Attorneys for Defendant. |