AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Brian Hunter

    Plaintiff(s)

vs.

Federal Energy Regulatory Commission

    Defendant(s)

**APPEARANCE**

CASE NUMBER CV07-1307 (RJL)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Todd Mullins__ as counsel in this
                               (Attorney's Name)

case for: __Federal Energy Regulatory Commission__
            (Name of party or parties)

August 2, 2007
Date

*/s/ Todd Mullins*
Signature

Todd Mullins
Print Name

D.C. Bar 429539
BAR IDENTIFICATION

FERC, OE, 888 1st St. N.E.
Address

Washington, D.C.    20426
City   State   Zip Code

202-502-8594
Phone Number