AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Brian Hunter

        Plaintiff(s)    )
                                 )    **APPEARANCE**

           vs.            )    CASE NUMBER   CV07-1307 (RJL)
Federal Energy Regulatory Commission )

        Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Leslie Bellas  as counsel in this
                                        (Attorney's Name)

case for:  Federal Energy Regulatory Commission
                (Name of party or parties)

August 2, 2007
Date

*/s/ Leslie Bellas*
Signature

Leslie Bellas
Print Name

429707
BAR IDENTIFICATION

FERC, OE, 888 1st St. N.E.
Address

Washington, D.C.    20426
City         State         Zip Code

202-502-6528
Phone Number