AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Brian Hunter

        Plaintiff(s)      )
                           )   **APPEARANCE**

         vs.             )   CASE NUMBER   CV07-1307 (RJL)
Federal Energy Regulatory Commission )
        Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Lee Ann Watson__ as counsel in this
                             (Attorney's Name)

case for: __Federal Energy Regulatory Commission__
               (Name of party or parties)

August 2, 2007                              /s/ Lee Ann Watson
Date                                              Signature

                                               Lee Ann Watson
2949725 (Illinois)                        Print Name
BAR IDENTIFICATION
                                               FERC, OE, 888 1st St. N.E.
                                               Address

                                               Washington, D.C.   20426
                                               City         State        Zip Code

                                               202-502-6317
                                               Phone Number