## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BRIAN HUNTER, | : | |
| Plaintiff, | : | 07 Civ. 1307 (RJL) |
| v. | : | |
| FEDERAL ENERGY REGULATORY COMMISSION, | : | |
| Defendant. | : | |

## MOTION FOR LIVE WITNESS TESTIMONY

Pursuant to Local Civil Rule 65.1, Plaintiff Brian Hunter, by and through his attorneys, Kobre & Kim LLP, hereby moves the Court to permit the live witness testimony of declarants Brian Hunter and Shondell Sabad during the preliminary injunction hearing in this matter, currently scheduled to take place on Tuesday, August 7, 2007 at 3:00 p.m.

Plaintiff anticipates that each witness's direct testimony will be approximately 20-30 minutes.

Dated: August 3, 2007
       Washington, D.C.

                                Respectfully submitted,

                                KOBRE & KIM LLP

                                By:     /s/
                                    Michael S. Kim
                                    Natalie Holme Elsberg
                                    Leif T. Simonson
                                    Kobre & Kim LLP
                                    800 Third Avenue
                                    New York, New York 10022
                                    Telephone:   212.488.1200
                                    Facsimile:    212.488.1220

                                    Justin V. Shur (973855)
                                    Kobre & Kim LLP
                                    1050 Connecticut Avenue N.W.
                                    Washington, D.C. 20036
                                    Telephone:   202.664.1900
                                    Facsimile:    202.664.1920

                                  *Attorneys for Plaintiff Brian Hunter*