## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BRIAN HUNTER, | : |
| Plaintiff, | : 07 Civ. 1307 (RJL) |
| v. | : |
| FEDERAL ENERGY REGULATORY COMMISSION, | : **MOTION TO ADMIT** <br> : **COUNSEL PRO HAC VICE** |
| Defendant. | : |

PURSUANT TO RULE 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, I, Justin V. Shur, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

        Natalie Holme Elsberg
        Kobre & Kim LLP
        800 Third Avenue
        New York, New York 10022
        Tel.: 212.488.1200
        Fax: 212.488.1220

Natalie Holme Elsberg is a member in good standing of the Bar of the State of New York. There are no pending disciplinary proceedings against Natalie Holme Elsberg in any State or Federal court.

Dated:  August 6, 2007
       Washington, D.C.

                                                     Respectfully submitted,

                                                           /s/
                                           Justin V. Shur (973855)
                                           Kobre & Kim LLP
                                           1050 Connecticut Avenue NW
                                           Washington, DC 20036
                                           Tel 202.664.1935
                                           Fax 202.664.1920

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN HUNTER,<br><br>    Plaintiff,<br><br>        v.<br><br>FEDERAL ENERGY REGULATORY COMMISSION,<br><br>    Defendant. | 07 Civ. 1307 (RJL)<br><br>**DECLARATION OF NATALIE HOLME ELSBERG IN SUPPORT OF MOTION TO <u>ADMIT PRO HAC VICE</u>** |

I, Natalie Holme Elsberg, declare as follows:

1. I am a member of Kobre & Kim LLP, 800 Third Avenue, New York, New York, 212.488.1220, and represent Brian Hunter in this action.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 2001. I am also admitted to the bars of the United States District Courts for the Southern District of New York and the U.S. Court of Appeals for the Second Circuit. I am in good standing with all of these Courts.

3. I have not been disciplined by any bar.

4. I have not been admitted *pro hac vice* in this Court at any time during the last two years.

5. I am not a member of the bar of the District of Columbia, nor do I have an application for membership pending.

6. I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

_____/s/_____<br>
Natalie Holme Elsberg

Dated: August 6, 2007
       New York, New York

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---------------------------------------------x
:
BRIAN HUNTER,                              :
:
    Plaintiff,                          :  07 Civ. 1307 (RJL)
:
      v.                                :
:
:
:
:
FEDERAL ENERGY REGULATORY         :  **ORDER FOR ADMISSION**
COMMISSION,                                :  **PRO HAC VICE ON**
:  <u>**WRITTEN MOTION**</u>
:
:
:
    Defendant.                          :
---------------------------------------------x

Upon the motion of Justin V. Shur, attorney for Brian Hunter, and the declaration of

Natalie Holme Elsberg in support;

**IT IS HEREBY ORDERED** that

        Natalie Holme Elsberg
        Kobre & Kim LLP
        800 Third Avenue
        New York, New York 10022
        Tel.: 212.488.1200
        Fax: 212.488.1220

is admitted to practice *pro hac vice* as counsel for Brian Hunter in the above captioned case in the United States District Court for the District of Columbia.

DATED: August 6, 2007
       Washington, D.C.

ISSUED: _____M

                                         _____
                                             United States District Judge