**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| BRIAN HUNTER, | : |
| Plaintiff, | : 07 Civ. 1307 (RJL) |
| v. | : |
| FEDERAL ENERGY REGULATORY COMMISSION, | : **MOTION TO ADMIT** <br> : **COUNSEL PRO HAC VICE** |
| Defendant. | : |

PURSUANT TO RULE 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, I, Justin V. Shur, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

        Leif T. Simonson
        Kobre & Kim LLP
        800 Third Avenue
        New York, New York 10022
        Tel.: 212.488.1200
        Fax: 212.488.1220

Leif T. Simonson is a member in good standing of the Bar of the State of New York. There are no pending disciplinary proceedings against Leif T. Simonson in any State or Federal court.

Dated:  August 6, 2007
        Washington, D.C.

                                            Respectfully submitted,

                                            _____/s/_____
                                            Justin V. Shur (973855)
                                            Kobre & Kim LLP
                                            1050 Connecticut Avenue NW
                                            Washington, DC 20036
                                            Tel 202.664.1935
                                            Fax 202.664.1920

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN HUNTER, | |
| Plaintiff, | 07 Civ. 1307 (RJL) |
| v. | |
| FEDERAL ENERGY REGULATORY COMMISSION, | **DECLARATION OF LEIF T. SIMONSON IN SUPPORT OF MOTION TO ADMIT PRO HAC VICE** |
| Defendant. | |

I, Leif T. Simonson, declare as follows:

1. I am a member of Kobre & Kim LLP, 800 Third Avenue, New York, New York, 212.488.1220, and represent Brian Hunter in this action.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 2003. I am also admitted to the bars of the United States District Courts for the Southern and Eastern Districts of New York, and the U.S. Court of Appeals for the Second Circuit. I am in good standing with all of these Courts.

3. I have not been disciplined by any bar.

4. I have not been admitted *pro hac vice* in this Court at any time during the last two years.

5. I am not a member of the bar of the District of Columbia, nor do I have an application for membership pending.

6. I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

                                                                                               /s/
                                                                                  Leif T. Simonson

Dated: August 6, 2007
       New York, New York

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BRIAN HUNTER, | : |
| Plaintiff, | : 07 Civ. 1307 (RJL) |
| v. | : |
| FEDERAL ENERGY REGULATORY COMMISSION, | : **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |
| Defendant. | : |

Upon the motion of Justin V. Shur, attorney for Brian Hunter, and the declaration of Leif T. Simonson in support;

**IT IS HEREBY ORDERED** that

       Leif T. Simonson
       Kobre & Kim LLP
       800 Third Avenue
       New York, New York 10022
       Tel.: 212.488.1200
       Fax: 212.488.1220

is admitted to practice *pro hac vice* as counsel for Brian Hunter in the above captioned case in the United States District Court for the District of Columbia.

DATED: August 6, 2007
       Washington, D.C.

ISSUED: _____M

                                    _____
                                        United States District Judge