# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BRIAN HUNTER, | : |
| Plaintiff, | : 07 Civ. 1307 (RJL) |
| v. | : |
| FEDERAL ENERGY REGULATORY COMMISSION, | : **MOTION TO ADMIT** <br> **COUNSEL PRO HAC VICE** |
| Defendant. | : |

PURSUANT TO RULE 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, I, Justin V. Shur, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

> Matthew I. Menchel
> Kobre & Kim LLP
> 800 Third Avenue
> New York, New York 10022
> Tel.: 212.488.1200
> Fax: 212.488.1220

Matthew I. Menchel is a member in good standing of the Bars of the States of New York, New Jersey, and Florida. There are no pending disciplinary proceedings against Matthew I. Menchel in any State or Federal court.

Dated:  August 6, 2007
       Washington, D.C.

                                                  Respectfully submitted,

                                                    /s/
                                            Justin V. Shur (973855)
                                            Kobre & Kim LLP
                                            1050 Connecticut Avenue NW
                                            Washington, DC 20036
                                            Tel 202.664.1935
                                            Fax 202.664.1920

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN HUNTER,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>FEDERAL ENERGY REGULATORY<br>COMMISSION,<br><br><br>　　　Defendant. | 07 Civ. 1307 (RJL)<br><br><br><br>**DECLARATION OF**<br>**MATTHEW I. MENCHEL**<br>**IN SUPPORT OF MOTION**<br>**TO ADMIT PRO HAC VICE** |

I, Matthew I. Menchel, declare as follows:

1. I am a member of Kobre & Kim LLP, and represent Brian Hunter in this action.

2. I am a member in good standing of the bars of the States of New York, New Jersey and Florida. I was admitted to practice law in New York and New Jersey in 1988 and in Florida in 2005. I am also admitted to the bar of the United States District Court for New Jersey. I am in good standing with all of these Courts.

3. I have not been disciplined by any bar.

4. I have not been admitted *pro hac vice* in this Court at any time during the last two years.

5. I am not a member of the bar of the District of Columbia, nor do I have an application for membership pending.

6. I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

>                          /s/
>             Matthew I. Menchel

Dated: August 6, 2007
       New York, New York

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---------------------------------------------------------------x
:
BRIAN HUNTER,                                                  :
:
    Plaintiff,                                            :    07 Civ. 1307 (RJL)
:
        v.                                                 :
:
:
:
:
FEDERAL ENERGY REGULATORY                                      :    **ORDER FOR ADMISSION**
COMMISSION,                                                    :    **PRO HAC VICE ON**
:    **WRITTEN MOTION**
:
:
:
    Defendant.                                             :
---------------------------------------------------------------x

Upon the motion of Justin V. Shur, attorney for Brian Hunter, and the declaration of

Matthew I. Menchel in support;

**IT IS HEREBY ORDERED** that

        Matthew I. Menchel
        Kobre & Kim LLP
        800 Third Avenue
        New York, New York 10022
        Tel.: 212.488.1200
        Fax: 212.488.1220

is admitted to practice *pro hac vice* as counsel for Brian Hunter in the above captioned case in the United States District Court for the District of Columbia.

DATED: August 6, 2007
       Washington, D.C.

ISSUED: _____M

                                      _____
                                          United States District Judge