UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

BRIAN HUNTER,

    Plaintiff,

        v.

FEDERAL ENERGY REGULATORY
COMMISSION,

    Defendant.

07 Civ. 1307 (RJL)

---

**PLAINTIFF MEMORANDUM OF POINTS AND AUTHORITIES
IN RESPONSE TO DEFENDANT'S OPPOSITION TO
PLAINTFF'S MOTION FOR LIVE WITNESS TESTIMONY**

    Plaintiff Brian Hunter, by and through his attorneys, Kobre & Kim LLP, submits this reply memorandum to defendant Federal Energy Regulatory Commission ("FERC")'s memorandum of points and authorities in opposition to Plaintiff's motion under LCvR 65.1(d) to present live witness testimony, in which the FERC opposes Plaintiff's request to call live witnesses at the preliminary injunction hearing in this matter to be held tomorrow, Tuesday, August 7, 2006.

Plaintiff had planned to call these witnesses in part to give the FERC an opportunity to examine them prior to the Court's arriving at a decision on our application for preliminary injunction. However, the FERC has made clear that it believes that live testimony would be a "waste of time" and create "undue delay" and prefers that no live witnesses be called. Therefore, we will not contest the FERC's objection and accordingly do not plan to call Brian Hunter or Shondell Sabad as witnesses at tomorrow's hearing.

Dated: August 6, 2007
      Washington, D.C.

          Respectfully submitted,

          KOBRE & KIM LLP

          By: _____/s/_____
              Michael S. Kim
              Matthew I. Menchel
              Natalie Holme Elsberg
              Leif T. Simonson
              Kobre & Kim LLP
              800 Third Avenue
              New York, New York 10022
              Telephone:   212.488.1200
              Facsimile:   212.488.1220

              Justin V. Shur (DC Bar No. 973855)
              Kobre & Kim LLP
              1050 Connecticut Avenue N.W.
              Washington, D.C. 20036
              Telephone:   202.664.1900
              Facsimile:   202.664.1920

          *Attorneys for Plaintiff Brian Hunter*