## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BRIAN HUNTER, | : | |
| Plaintiff, | : | 07 Civ. 1307 (RJL) |
| v. | : | |
| FEDERAL ENERGY REGULATORY COMMISSION, | : | |
| Defendant. | : | |

**AFFIDAVIT OF SERVICE**

I, CHRISTEN M. MARTOSELLA, hereby declare that on the 30th day of July, 2007, I mailed a copy of the summons and complaint, certified mail return receipt requested, to the Federal Energy Regulatory Commission, 888 First Street, NE, Washington, DC 20426. Attached hereto is the certified green card acknowledging service.

Christen M. Martosella
Kobre & Kim LLP
800 Third Avenue
New York, New York 10022
212.488.1200