**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| BRIAN HUNTER, | : | |
| Plaintiff, | : | 07 Civ. 1307 (RJL) |
| v. | : | |
| FEDERAL ENERGY REGULATORY COMMISSION, | : | |
| Defendant. | : | |

**AFFIDAVIT OF SERVICE**

I, CHRISTEN M. MARTOSELLA, hereby declare that on the 30th day of July, 2007, I mailed a copy of the summons and complaint, certified mail return receipt requested, to the U.S. Attorney for the District of Columbia, 501 Third Street, NW, Washington, DC 20001. Attached hereto is the certified green card acknowledging service.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X *C. Baum*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) *C. Baum*   C. Date of Delivery *7-31-07* |
| 1. Article Addressed to:<br>US Attorney General for the District of Columbia<br>501 Third Street, NW<br>Washington, D.C. 20001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☒ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)  **EB543157772US** | |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

Christen M. Martosella
Kobre & Kim LLP
800 Third Avenue
New York, New York 10022
212.488.1200