**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| ─────────────────────────── x | |
| : | |
| BRIAN HUNTER, : | |
| : | |
| Plaintiff, : | 07 Civ. 1307 (RJL) |
| : | |
| v. : | |
| : | |
| : | |
| : | |
| : | |
| : | |
| FEDERAL ENERGY REGULATORY : | |
| COMMISSION, : | |
| : | |
| : | |
| : | |
| : | |
| Defendant. : | |
| ─────────────────────────── x | |

**<u>NOTICE OF CHANGE OF ADDRESS</u>**

Pursuant to Local Rule 5.1(e)(1), Kobre & Kim LLP hereby submits notice that

its address formerly listed as 1050 Connecticut Avenue, N.W., Washington, D.C. 20036,

has changed to the following as of August 13, 2007:

Kobre & Kim LLP
1919 M Street, N.W.
Washington, D.C. 20036

No other address for Kobre & Kim LLP has changed.

Pursuant to Local Rule 5.1(e)(1), Plaintiff Brian Hunter hereby submits the following notice of address:

> 410, 59 22nd Avenue S.W.
> Calgary, Alberta
> T2S 3C7
> Canada

Respectfully submitted,

KOBRE & KIM LLP

By: _____/s/_____

Michael S. Kim
Matthew I. Menchel
Natalie Holme Elsberg
Leif T. Simonson
Kobre & Kim LLP
800 Third Avenue
New York, New York 10022
Telephone:     212.488.1200
Facsimile:     212.488.1220

Justin V. Shur (DC Bar No. 973855)
Kobre & Kim LLP
1919 M Street, N.W.
Washington, D.C. 20036
Telephone:     202.664.1900
Facsimile:     202.664.1920

*Attorneys for Plaintiff Brian Hunter*