UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN HUNTER, | ) |
| | ) |
| Plaintiff, | )  Civil Action No.: 07-1307 (RJL) |
| | ) |
| v. | ) |
| | ) |
| FEDERAL ENERGY REGULATORY COMMISSION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States

Attorney Alan Burch and remove the appearance of Assistant United States Attorney Megan L.

Rose as counsel for Defendant in the above-captioned case.


                                            /s/
                             _____
                             ALAN BURCH, D.C. Bar # 470655
                             Assistant United States Attorney
                             555 4th St., N.W.
                             Washington, D.C. 20530
                             (202) 514-7204
                             alan.burch@usdoj.gov