UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN HUNTER,        )<br>                      )<br>    Plaintiff,      )<br>                      )<br>        v.            )<br>                      )<br>FEDERAL ENERGY REGULATORY )<br>COMMISSION,           )<br>                      )<br>    Defendant.        )<br>                      ) | Civil Action No. CV07-1307 (RJL). |

### DEFENDANT FEDERAL ENERGY REGULATORY COMMISSION'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO ASNWER OR OTHERWISE PLEAD

Defendant Federal Energy Regulatory Commission (hereinafter "FERC") hereby moves, on consent of the parties, for an order enlarging the time for it to answer or otherwise plead in response to the complaint to no later than fourteen (14) days after a ruling by the Court on Plaintiff's motion for a preliminary injunction, without prejudice to the parties seeking an adjustment to such schedule should the ruling or other developments suggest.  The parties agree to this timing, as indicated in the attached stipulation.  FERC urges this approach given the likely significance of the issues raised in the preliminary injunction motion to the overall disposition of this case.  It would appear that a ruling on the preliminary injunction motion is likely significantly to affect the content and timing of, as well as possibly the necessity for, an answer or motion in response to the complaint and any answer or motion would likely benefit from the court's ruling.  As indicated in the stipulation, the parties agree that they may wish to seek

1

adjustment to this schedule depending on the ruling or other developments and seek such leave. Given the Court's indications about the likely timing of its ruling, it does not appear that such a schedule would result in any unreasonable delay. A proposed order is attached for the Court's consideration. FERC requests the Court grant the motion.

DATED: October 18, 2007                                                Respectfully submitted,


OF COUNSEL                                                             JEFFREY A. TAYLOR, D.C. Bar # 498610
                                                                       UNITED STATES ATTORNEY
SUSAN J. COURT
ROBERT E. PEASE
LEE ANN WATSON

                                                                       RUDOLPH CONTRERAS,
                                                                       DC Bar # 434122
                                                                       Assistant United States Attorney



_____/s/_____
Todd Mullins (D.C. Bar # 429539)                                       Alan Burch
Leslie B. Bellas (D.C. Bar # 429707)                                   Assistant United States Attorney
Federal Energy Regulatory Commission                                   Civil Division
Washington, D.C. 20008                                                 555 Fourth Street, N.W., E-4220
Office of Enforcement                                                  (202) 514-7214
Division of Investigations                                             Alan.Burch@usdoj.gov
888 First Street, NE
Washington, DC  20426
(202) 502-8594                                                         Attorneys for Defendant.

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---------------------------------------------x
:
BRIAN HUNTER,                                :
                                             :
        Plaintiff,                           : 07 Civ. 1307 (RJL)
                                             :
            v.                               :
                                             :
                                             :
                                             :
                                             :
FEDERAL ENERGY REGULATORY                    :
COMMISSION,                                  :
                                             :
                                             :
                                             :
        Defendant.                           :
---------------------------------------------x

    IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned case, that Defendant's time to respond to the Complaint in this action is extended to 10 days after the Court's ruling on Plaintiff's Motion for a Preliminary Injunction, which is presently expected to be in October 2007. This Stipulation is made without prejudice to the parties' ability to seek further extensions of time or any other relief at a later date.

    STIPULATED AND AGREED to on October 17, 2007:

| | |
|---|---|
| KOBRE & KIM LLP | FERC |
| 1919 M Street, NW | 888 First Street, NE |
| Washington, DC 20036 | Washington, DC 20426 |
| | |
| By: _____ | By: _____ |
|     Justin V. Shur |     Todd Mullins |
| | |
| *Attorneys for Plaintiff Brian Hunter* | *Attorneys for Defendant* |

SO ORDERED this _____ of October, 2007

_____
Honorable Richard J. Leon, U.S.D.J.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN HUNTER,<br><br>    Plaintiff,<br><br>          v.<br><br>FEDERAL ENERGY REGULATORY COMMISSION,<br><br>    Defendant. | )<br>)<br>)   **Civil Action No. CV07-1307 (RJL).**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

It is this ___ day of ___, 2007, hereby

**ORDERED** that Defendant's Consent Motion for Leave to answer or otherwise plead in response to the complaint no later than fourteen (14) days after a ruling by the Court on Plaintiff's motion for a preliminary injunction is **GRANTED**. Defendant's motion is without prejudice to the parties seeking an adjustment to such schedule should the ruling or other developments suggest.

So ordered.

 

_____
Richard J. Leon
United States District Court Judge

Dated: _____

1