# KOBRE & KIM LLP

1919 M STREET, NW
WASHINGTON, DC 20036
TEL 202.664.1900
FAX 202.664.1920

NEW YORK
WASHINGTON, DC

WWW.KOBREKIM.COM

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
TEL 212.488.1200
FAX 212.488.1220

October 26, 2007

**BY ECF**

Honorable Richard J. Leon
United States District Judge
United States District Courthouse
333 Constitution Avenue
Washington, DC 10007

      Re:    **Brian Hunter v. Federal Energy Regulatory Commission**
               Case No. 07 Civ. 1307 (RJL)

Dear Judge Leon:

      We write to inform the Court that since the parties appeared before the Court on August 7, 2007, there continues to be specific, concrete, and irreparable harm done to Solengo Capital Advisors, and therefore to our client, Brian Hunter, by the continued existence of the FERC enforcement action.[1] Therefore, we respectfully request that the Court render a ruling on the matter as soon as practicable, consistent obviously with the Court's other business.

                                Respectfully submitted,

                                /s/ Michael S. Kim

                                Michael S. Kim
                                Matthew I. Menchel
                                Natalie Holme Elsberg
                                212.488.1200

                                Justin V. Shur (DC Bar No. 973855)
                                Kobre & Kim LLP
                                1919 M Street, NW
                                Washington, DC 20036
                                212.664.1900

---

[1] If the Court would like the particulars of the continuing harm occurring to Solengo Capital Advisors, we will be happy to provide them.