UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN HUNTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Case No. 07-1307 (RJL) |
| | ) |
| FEDERAL ENERGY REGULATORY | ) |
| COMMISSION, | ) |
| | ) |
| Defendant. | ) |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 10, day of December, 2007, hereby

**ORDERED** that plaintiff's Motion for Preliminary Injunction (Dkt. #4) is DENIED.

**SO ORDERED**.

RICHARD J. LEON
United States District Judge