# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN HUNTER,             )<br>                           )<br>  Plaintiff,              )<br>                           )<br>       v.                  )<br>                           )<br>FEDERAL ENERGY REGULATORY  )<br>COMMISSION,                )<br>                           )<br>  Defendant.              )<br>                           ) | Civil Action No. CV07-1307 (RJL). |

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO REPLY

Defendant Federal Energy Regulatory Commission (hereinafter "FERC" ) hereby moves for an order enlarging the time for FERC to file a reply in support of its motion to dismiss [#43] from January 17 until January 22, 2008. Plaintiff Brian Hunter does not oppose this motion. Plaintiff Hunter's opposition, filed January 7, 2008, included a cross-motion for summary judgment [#44] and memorandum in support [#45]. As such, FERC's reply in support of its motion to dismiss is currently due on January 17, 2008, while FERC's opposition to Plaintiff's cross-motion for summary judgment is due January 22, 2008. In the interest of judicial economy, FERC should file a single memorandum supporting its motion to dismiss and opposing Plaintiff's motion for summary judgment on January 22. Such an enlargement would streamline briefing in this case, while extending the briefing schedule on dispositive motions by a mere five days. A proposed order is attached for the Court's consideration.

January 9, 2008                                    Respectfully submitted,


                                                   _____/s/_____
                                                   Todd Mullins (D.C. Bar # 429539)
                                                   Leslie B. Bellas (D.C. Bar # 429707)
                                                   Justin Shellaway (D.C. Bar # 476170)
                                                   Federal Energy Regulatory Commission
                                                   Office of Enforcement
                                                   Division of Investigations
                                                   888 First Street, NE
                                                   Washington, DC  20426
                                                   (202) 502-8594

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRIAN HUNTER,** ) | |
| ) | **Civil Action No. CV07-1307 (RJL).** |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **FEDERAL ENERGY REGULATORY** ) | |
| **COMMISSION,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

It is this ___ day of _____, 2008 hereby

**ORDERED** that Defendant Federal Energy Regulatory Commission's Unopposed Motion for Enlargement of Time to Reply to Plaintiff's opposition [#45] to FERC's motion to dismiss [#43] until January 22, 2008 is GRANTED.

**SO ORDERED**.

_____
Richard J. Leon
United States District Court Judge

Dated: _____