AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Brian Hunter

        Plaintiff(s)        )
                                       )    **APPEARANCE**
                                       )
          vs.                        )    CASE NUMBER   CV07-1307 (RJL)
Federal Energy Regulatory Commission )
        Defendant(s)      )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Justin M. Shellaway   as counsel in this
                                   (Attorney's Name)

case for:   Federal Energy Regulatory Commission
              (Name of party or parties)

January 22, 2008
Date

*[Signature]*
Signature

Justin M. Shellaway
Print Name

476170
BAR IDENTIFICATION

FERC, OE, 888 1st St. N.E.
Address

Washington, DC        20426
City       State       Zip Code

202-502-6573
Phone Number