AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Brian Hunter

        Plaintiff(s)  )
)
)
        vs.  )
Federal Energy Regulatory Commission )
)
        Defendant(s)  )

**APPEARANCE**

CASE NUMBER   CV07-1307 (RJL)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Francisco J. Navarro__ as counsel in this
(Attorney's Name)

case for: __Brian Hunter__
(Name of party or parties)

January 25, 2008
Date

_[signature]_
Signature

501746
BAR IDENTIFICATION

Francisco J. Navarro
Print Name

Kobre & Kim LLP, 800 Third Avenue
Address

New York, New York 10022
City     State     Zip Code

212.488.1240
Phone Number