UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

BRIAN HUNTER,

Plaintiff,

v.

FEDERAL ENERGY REGULATORY
COMMISSION,

Defendant.

---

07 Civ. 1307 (RJL)

NOTICE OF WITHDRAWAL
OF APPEARANCE

To the Clerk of this court and all parties of record:

    PLEASE TAKE NOTICE that, pursuant to Local Rule 83.6(b), Justin V. Shur hereby gives notice that he withdraws as counsel in this case for Plaintiff Brian Hunter. No trial date has been set in this matter. The other attorneys of record from Kobre & Kim LLP will continue to represent Plaintiff Brian Hunter in this matter.

Dated: January 29, 2008
       Washington, D.C.

_____
Justin V. Shur (D.C. Bar #973855)
Kobre & Kim LLP
1919 M Street, N.W.
Washington, D.C. 20036
Telephone:  202.664.1900
Facsimile:   202.664.1920

*Attorneys for Plaintiff Brian Hunter*

_____
Brian Hunter