## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **BRIAN HUNTER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Case No.  07-1307 (RJL)** |
| | ) | |
| **FEDERAL ENERGY REGULATORY** | ) | |
| **COMMISSION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is, this
**30** , day of July, 2008, hereby

ORDERED that defendant's motion to dismiss (Dkt. #43) is GRANTED; and it is further

ORDERED that plaintiff's motion for declaratory judgment (Dkt. #44) is DENIED; and it is further

ORDERED that judgment is entered for defendant.

**SO ORDERED**.


RICHARD J. LEON
United States District Judge