UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BRIAN HUNTER,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>FEDERAL ENERGY REGULATORY COMMISSION,<br><br>　　　　Defendant. | 07 Civ. 1307 (RJL) |

### NOTICE OF MOTION FOR *PRO HAC VICE* ADMISSION OF LEANNE A. BORTNER

PLEASE TAKE NOTICE that, upon the annexed declarations of Francisco Josecarlo Navarro and Leanne Abrams Bortner, and the exhibits attached thereto, undersigned counsel will move this Court, as soon as counsel may be heard, for an Order pursuant to Local Rule 83.2(d) admitting Leanne A. Bortner *pro hac vice* in the above-captioned matter, and for such other and further relief as the Court may deem just and proper.

Dated:  August 12, 2008　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**KOBRE & KIM LLP**

　　　　　　　　　　　　　　　　　　　　By:　　_/s/ Francisco J. Navarro_____
　　　　　　　　　　　　　　　　　　　　　　　　Francisco J. Navarro
　　　　　　　　　　　　　　　　　　　　　　　　800 Third Avenue
　　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　　　　　　　　Tel.　(212) 488-1240
　　　　　　　　　　　　　　　　　　　　　　　　Fax.　(212) 488-1220

　　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Brian Hunter*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 11th day of August, 2008, I caused to be served by First Class Mail true and correct copies of the Notice of Motion for *Pro Hac Vice* Admission of Leanne A. Bortner on:

Manal Sultan
U.S. Commodity Futures Trading Commission
140 Broadway, 19th Floor
New York, NY 10005

Stephen Jay Obie
U.S. Commodity Futures Trading Commission
140 Broadway, 19th Floor
New York, NY 10005

Bradford M. Berry
U.S. Commodity Futures Trading Commission
Office of General Counsel
1155 21st Street, N.W.
Washington, DC 20581

W. Derek Shakabpa
U.S. Commodity Futures Trading Commission
Division of Enforcement
140 Broadway, 19th Floor
New York, NY 10005

David Emilio Mollon
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

Steven Michael Schwartz
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

Stephen J. Senderowitz
Winston & Strawn LLP
35 West Wacker Drive
Suite 2700
Chicago, IL 60601

Leslie Beth Bellas
Federal Energy Regulatory Commission
888 First Street, N.E.
Washington, DC 20426

Lee Ann Watson
Federal Energy Regulatory Commission
888 First Street, N.E.
Washington, DC 20426

Patrick Todd Mullins
Federal Energy Regulatory Commission
888 First Street, N.E.
Washington, DC 20426


Dated: New York, New York
       August 12, 2008

          /s/ Cassandra Chen_____
Cassandra Chen
Administration Manager
Kobre & Kim LLP
800 Third Avenue
New York, New York 10022
Tel.   (212) 488-1287
Fax.   (212) 488-1220

3

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| BRIAN HUNTER, | 07 Civ. 1307 (RJL) |
| Plaintiff, | |
| v. | |
| FEDERAL ENERGY REGULATORY COMMISSION, | |
| Defendant. | |

### DECLARATION OF FRANCISCO J. NAVARRO IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION OF LEANNE A. BORTNER

I, FRANCISCO J. NAVARRO, declare as follows:

1. I am an attorney in the law firm of Kobre & Kim LLP, counsel for Defendant Brian Hunter in the above-captioned matter, and a member of the bar of this Court since November 5, 2007. I submit this declaration in support of the Motion for *Pro Hac Vice* Admission of Leanne A. Bortner in the above-captioned matter pursuant to Local Rule 83.2(d).

2. I have known Ms. Bortner since 2008 and worked with her since June of 2008. She is an attorney of the highest ethical character, competence and experience, and I am confident that she will conduct herself accordingly before this Court.

3. In connection with this motion, I am submitting the declaration of Ms. Bortner, attached to which are the Certificates of Good Standing issued by the state bars of which he is a member.

4. For the foregoing reasons, I respectfully move for the *pro hac vice* admission of Leanne A. Bortner in the above-captioned matter. For the Court's convenience, a proposed order granting this motion is attached to this declaration.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York, New York on August 12, 2008.

      /s/ Francisco J. Navarro_____
Francisco J. Navarro
Kobre & Kim LLP
800 Third Avenue
New York, New York 10022
Tel.   (212) 488-1240
Fax.   (212) 488-1220

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BRIAN HUNTER, | : | 07 Civ. 1307 (RJL) |
| Plaintiff, | : |  |
| v. | : |  |
| FEDERAL ENERGY REGULATORY COMMISSION, | : |  |
| Defendant. | : |  |

## DECLARATION OF LEANNE A. BORTNER IN SUPPORT OF
## MOTION FOR ADMISSION *PRO HAC VICE*

I, Leanne A. Bortner, hereby declare as follows:

1. I am an attorney in the law firm of Kobre & Kim LLP, 1919 M Street, N.W., Washington, D.C. 20036, counsel for Defendant Brian Hunter. I submit this declaration in support of the motion seeking my admission *pro hac vice* in this action.

2. I am a member in good standing of the bars of New York and the District of Columbia. A certificate of good standing from each jurisdiction is attached hereto. No disciplinary or other charges have been instituted against me in any jurisdiction, nor have I ever been censured, suspended, disbarred, or held in contempt by any court.

3. I am familiar with and will abide by the Rules of this Court.

4. Accordingly, I respectfully request that the Court enter an Order granting the motion and permitting my appearance *pro hac vice* in this action.

2

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 11, 2008                     /s/ Leanne A. Bortner_____
                                           Leanne A. Bortner
                                           Kobre & Kim LLP
                                           1919 M Street, N.W.
                                           Washington, D.C. 20036
                                           Tel.   (202) 664-1935
                                           Fax.   (212) 664-1920

                                           *Attorney for Brian Hunter*

2

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN HUNTER,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL ENERGY REGULATORY COMMISSION,<br><br>Defendant. | 07 Civ. 1307 (RJL) |

## [Proposed] ORDER ADMITTING COUNSEL *PRO HAC VICE*

This matter having been brought before the Court by motion pursuant to Local Rule 83.2(d) for the admission *pro hac vice* of Leanne A. Bortner, in the above-captioned matter, it is this 11th day of August, 2008, hereby

ORDERED that the motion is GRANTED, and

IT IS FURTHER ORDERED THAT Leanne A. Bortner shall be admitted *pro hac vice* in the above-captioned matter.

_____
**RICHARD J. LEON**
United States District Judge