UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

---

BRIAN HUNTER,

    Plaintiff,

v.

FEDERAL ENERGY REGULATORY COMMISSION,

    Defendant.

07 Civ. 1307 (RJL)

**NOTICE OF APPEAL**

---

## NOTICE OF APPEAL

Notice is hereby given this 25th day of August, 2008, that Brian Hunter, by his attorneys, Kobre & Kim LLP, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 31st day of July, 2008 in favor of the Federal Energy Regulatory Commission's motion to dismiss against Plaintiff's motion for declaratory judgment and denial of Plaintiff's motion for declaratory judgment.

Dated: August 25, 2008
Washington, D.C.

                                        KOBRE & KIM LLP

                                        _____/s/_____
                                        Michael S. Kim
                                        Matthew I. Menchel
                                        800 Third Avenue
                                        New York, New York 10022
                                        Tel: 212.488.1200
                                        Fax: 212.488.1220

                                        Leanne A. Bortner (495788)
                                        1919 M Street, N.W.
                                        Washington, D.C. 20036
                                        Tel.: 202.664.1900
                                        Fax: 202.664.1920

                                        *Attorneys for Plaintiff Brian Hunter*

**<u>CLERK</u>**      Please mail copies of the above Notice of Appeal to the following at the address indicated:

P. Todd Mullins
Federal Energy Regulatory Commission
Office of Enforcement
Division of Investigations
888 First Street, NE
Washington, DC 20426
202.502.8594